IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CARTER W. MATNEY,** | ) | Civil Action No. 7:12-00627 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **OFFICER JAMES H. HALE, et al.,** | ) | By:   Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to strike the first motion for the court to overturn the conviction and first motion for compensation is **GRANTED** and those two motions are **STRICKEN**; plaintiff's second motion for the court to overturn the conviction is **DENIED**; the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's second motion for compensation is **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  March 11, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge